■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAWANA ANTHONY, Appellant. [17 NYS3d 869]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered May 30, 2012, convicting defendant, after a jury trial, of assault in the first degree and criminal possession of a weapon in the third degree, and sentencing her to an aggregate term of 11 years, unanimously affirmed.

Defendant's legal sufficiency claim is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We also find that the verdict was not against the weight of the evidence (*see People v*

*Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports the conclusion that defendant personally cut the victim and was accessorially liable for the acts of her codefendant (*see People v Cabey*, 85 NY2d 417 [1995]). Concur—Sweeny, J.P., Renwick, Saxe and Gische, JJ.